IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TESSA O'NEAL, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv505 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| NATIONSTAR MORTGAGE, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on May 27, 2009 (Doc. 47), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 16, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, Plaintiff's motion for default judgment (Doc. 36) is **GRANTED**, and default judgment is entered in Plaintiff's favor and against Defendant Members Title Agency.

This Order directs this case back to the Magistrate Judge to determine if an evidentiary hearing for appropriate damages is necessary.

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court