IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tessa O'Neal, :
:
    Plaintiff(s), :
: Case Number: 1:07cv505
vs. :
: Chief Judge Susan J. Dlott
Nationstar Mortgage, et. al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on May 26, 2010 (Doc. 56), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 16, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff is AWARDED judgment against Members Title Agency in the amount of $3,048.98.  This case is hereby CLOSED.

IT IS SO ORDERED.

                                                                     ___s/Susan J. Dlott_____
                                                                     Chief Judge Susan J. Dlott
                                                                       United States District Court